# MEMORANDUM DECISIONS,

WASSERFALLEN v. STRIFLER. (Court of Appeals of District of Columbia. Submitted March 22, 1921. Decided May 2, 1921.) No. 1415. Appeal from a Decision of the Commissioner of Patents. Interference proceeding between Charles F. Wasserfallen and Chester E. Strifler. From a decision for Strifler, Wasserfallen appeals. Affirmed. Otto F. Barthel, of Detroit, Mich., and Theodore K. Bryant, of Washington, D. C., for appellant. Frederick S. Lyon, of Los Angeles, Cal., and W. W. Dodge, of Washington, D. C., for appellee.

PER CURIAM. Appeal from the Commissioner of Patents in an interference proceeding involving an invention for attachments to automobiles for carrying spare rims and tires. The case turns solely upon issues of fact. The tribunals of the Patent Office concurred in awarding priority to Strifler. A careful review of the record convinces us that no error has been committed. The decision of the Commissioner of Patents is affirmed. Affirmed.

Mr. Justice HITZ, of the Supreme Court of the District of Columbia, sat in the place of Mr. Justice ROBB.

---

AMERICAN AGR. CHEMICAL CO. et al. v. MARKHAM. (Circuit Court of Appeals, Sixth Circuit. November 5, 1920.) No. 3441. Appeal from the District Court of the United States for the Southern Division of the Eastern District of Michigan: Arthur J. Tuttle, Judge. Selden S. Dickinson, Geo. F. Barr, Charles A. Wagner, Campbell, Bulkley & Ledyard, Stevenson, Carpenter, Butzel & Backus, McGregor & Bloomer, Francis L. Sward, Angell & Turner, and Keena, Lightner Oxtoby & Hanley, all of Detroit, Mich., for appellants. John E. Kinnane, U. S. Atty., Alfred Murphy, and Howell Van Auken, Sp. Asst. Atty. Gen., all of Detroit, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel. See, also, 265 Fed. 1017.

---

CITY OF DES MOINES, IOWA, et al. v. NORTH AMERICAN RY. CONST. CO., et al. (Circuit Court of Appeals, Eighth Circuit. March 4, 1921.) No. 5798. Appeal from the District Court of the United States for the Southern District of Iowa. H. W. Byers and C. W. Lyon, both of Des Moines, Iowa, for appellants. F. W. Sargent, J. G. Gamble, and R. L. Read, all of Des Moines, Iowa, or appellees.

PER CURIAM. Appeal dismissed, at costs of appellants, on motions of appellees.

---

EXPANDED METAL CO. et al. v. GENERAL FIREPROOFING CO. (Circuit Court of Appeals, Sixth Circuit. March 18, 1921.) No. 3248. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. For opinion below, see 247 Fed. 899. Fay Oberlin & Fay and Price, Alburn, Crum & Alburn, all of Cleveland, Ohio, for appellants. Fred L. Chappell, of Kalamazoo, Mich., Charles Neave, of New York City, and Hoyt, Dustin, Kelley, McKeehan & Andrews, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.